# Malacko Law Office

**Richard J. Malacko**  First National Bank Building  Telephone (651) 223-5175
332 Minnesota Street, Suite W1610  Fax (651) 223-5179
St. Paul, Minnesota 55101  Email:rick@malackolaw.com

November 25, 2011

Honorable Janie S. Mayeron
United States Magistrate Judge
632 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: U.S. v. Jose Juan Gallardo
    Criminal No. 11-280 (22) MJD/JSM

Dear Magistrate Judge Mayeron:

    Please be advised that the Defendant is withdrawing his pretrial motions in the above referenced matter.  The parties anticipate a settlement and request that the motion hearing scheduled for November 30, 2011 be canceled.

Very truly yours,

*s/Richard J. Malacko*

Richard J. Malacko

cc: Steven Schleicher